UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 3:19-cr-63-J-39MCR

MICHAEL GLENN CHOPE

## SECOND UNOPPOSED MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves pursuant to 18 U.S.C. § 3509(h) for an order appointing a second guardian ad litem for the minor victim in the above-captioned case. In support of this motion, the United States avers as follows:

1.      On April 10, 2019, a federal grand jury in this district returned a four-count Indictment against the defendant charging four counts of production of child pornography. These charges arise from the production of child pornography of minor victim with the initials B.C.

2.      As a victim of the crime of which defendant is charged, minor victim B.C. has legal rights and remedies afforded to her under federal law.

3.      On May 7, 2019, the United States filed an unopposed motion for appointment of a guardian ad litem for B.C. Doc. 23. The United States requested the appointment of the Guardian Ad Litem Program of the Statewide Guardian Ad Litem Office in the 4th Judicial Circuit of Florida.

4.      On May 8, 2019, the Court granted the motion and appointed the Guardian Ad Litem Program of the Statewide Guardian Ad Litem Office in the 4th Judicial Circuit of Florida as the guardian ad litem for minor victim B.C.  Doc. 24.

5.      On May 28, 2020, the defendant entered a guilty plea to Counts One and Two of the Indictment pursuant to a written plea agreement.  Docs. 46-47.  The defendant agreed to make full restitution to all minor victims of his offenses as to all counts charged.  Doc. 46.

6.      The defendant is currently set for sentencing on March 26, 2021.  As the victim of the offenses of conviction, minor victim B.C. will be seeking restitution.

7.      The United States seeks the appointment of a second guardian ad litem for minor victim B.C. to receive and distribute any restitution payments made to B.C. to ensure any restitution received is being used for the benefit of B.C.  The guardian ad litem would also be responsible for the annual accounting and reporting for any money received and/or disbursed.

8.      18 U.S.C. § 3509(h)(1) provides that the Court "may appoint, and provide reasonable compensation and payment of expenses for, a guardian ad litem for a child who was a victim of … a crime involving abuse or exploitation to protect the best interests of the child."  18 U.S.C. § 3509(h)(1).

9.      The United States respectfully requests that the Court appoint a guardian ad litem to ensure that minor victim B.C.'s interests are appropriately protected.

10.      The United States recommends that the Court consider the appointment of Lynn Salvatore, Esq. to be the guardian ad litem of minor victim B.C.  The

undersigned has conferred with Ms. Salvatore, who has advised she is willing to accept the appointment.

11.    Undersigned counsel has conferred with defense counsel, Lisa Call, who has advised that she takes no position with respect to the motion.

Accordingly, the United States respectfully requests that the Court order that Lynn Salvatore, Esq. be appointed to serve as guardian ad litem on behalf of minor victim B.C. in the above-captioned case.


Dated: February 10, 2021.


                              Respectfully submitted,

                              MARIA CHAPA LOPEZ
                              United States Attorney


                    By:   */s/ Ashley Washington*
                          ASHLEY WASHINGTON
                          Assistant United States Attorney
                          USA No. 177
                          300 N. Hogan Street, Suite 700
                          Jacksonville, Florida 32202
                          Telephone:   (904) 301-6300
                          Facsimile:   (904) 301-6310
                          E-mail: Ashley.Washington2@usdoj.gov

**U.S. v. MICHAEL GLENN CHOPE**        **Case No. 3:19-cr-63-J-39MCR**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 10, 2021, I filed the foregoing with the Clerk of the Court and provided a copy to the following via hand deliver:

Lisa Call, Esq.

*/s/ Ashley Washington*
ASHLEY WASHINGTON
Assistant United States Attorney